**United States District Court**
**Central District of California**
**JS-3**

| UNITED STATES OF AMERICA vs. | Docket No. | EDCR26-00058-JGB-1 |
|---|---|---|

**Defendant**    MIGUEL SALAZAR-GOMEZ

**Tax ID No.**    N    O    N    E
(Last 4 digits)

akas:

## JUDGMENT AND PROBATION/COMMITMENT ORDER

|  | MONTH | DAY | YEAR |
|---|---|---|---|
| In the presence of the attorney for the government, the defendant appeared in person on this date. | June | 29 | 2026 |

**COUNSEL**    R. Reid Rowe, DFPD
(Name of Counsel)

**PLEA**    **X** **GUILTY,** and the court being satisfied that there is a factual basis for the plea.    ☐ **NOLO CONTENDERE**    ☐ **NOT GUILTY**

**FINDING**    There being a finding/verdict of **GUILTY,** defendant has been convicted as charged of the offense(s) of:

**8 U.S.C. §§ 1326(a)(b), (b)(1): Illegal Alien Found in the United States Following Deportation or Removal.**

**JUDGMENT AND PROB/ COMM ORDER**    The Court asked whether there was any reason why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Miguel Salazar-Gomez, is hereby committed on Count 1 of the Information to the custody of the Bureau of Prisons for a term of 12 months and one day, with no supervision to follow.**

It is ordered that the defendant shall pay to the United States a special as sessment of $100, which is due immediately. Any unpaid balance shall be due during the period of imprisonment, at the rate of not less than $25 per quarter, and pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program.

Pursuant to Guideline § 5E1.2(a), all fines are waived as the Court finds that the defendant has established that he is unable to pay and is not likely to become able to pay any fine.

///

///

///

///

///

///

USA vs.   MIGUEL SALAZAR-GOMEZ                    Docket No.:   EDCR26-00058-JGB

Defendant was informed of his right to appeal.

Remaining counts are dismissed in the interest of justice.

The Court recommends that Defendant be placed in a facility in the state of Pennsylvania.

July 1, 2026
Date                                              Jesus G. Bernal, U. S. District Judge

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Clerk, U.S. District Court

July 1, 2026
Filed Date                    By    Maynor Galvez, Deputy Clerk

USA vs.   MIGUEL SALAZAR-GOMEZ                              Docket No.:   EDCR26-00058-JGB

Defendant delivered on _____   to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____   to _____

at _____

the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

By _____

_____
Date

Deputy Marshal

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

By _____

_____
Filed Date

Deputy Clerk

## FOR U.S. PROBATION OFFICE USE ONLY

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me.  I fully understand the conditions and have been provided a copy of them.

(Signed) _____        _____
Defendant                                               Date

_____        _____
U. S. Probation Officer/Designated Witness              Date